UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10076-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEXIS VISCAINO CERVANTES, et al.,

      Defendants.

_____

## O R D E R

THIS CAUSE is before the Court on defendant **Arley Ceballo Gonzalez'** Motion for Bond Reduction (DE 91). A hearing was held on the motion on November 7, 2008. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Defendant **Arley Ceballo Gonzalez'** bond is reduced to $20,000 Corporate Surety with a Nebbia requirement. All other conditions previously set on October 6 & 10, 2008, remain in full force and effect.

DONE AND ORDERED in Key West, Florida, this 14th day of November, 2008, *nun pro tunc* November 7, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Russ Brown (MIA)
Phil Horowitz, Esq.